IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-CV-402-DSC

| Tawana Davidson, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CONSENT ORDER FOR PAYMENT OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of Four-Thousand, Three Hundred and Four Dollars and Fifty Cents ($4,304.50) in full and final settlement of all claims arising from the above-captioned case pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned her right to payment of such fees and costs to her attorney.

It is therefore ORDERED, this 21st day of February, 2018, that the Plaintiff shall be, and hereby is, awarded the sum of Four-Thousand, Three Hundred and Four Dollars and Fifty Cents ($4,304.50) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this

point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

**SO ORDERED**.

Signed: February 21, 2018

David S. Cayer
United States Magistrate Judge

CONSENTED TO:

/s/ Maria Concetta Mayo
Attorney at Law
State Bar Number 50885
Ricci Law Firm
P.O. Box 483 Greenville,
NC 27835 Telephone:
252-752-7785 Facsimile:
252-752-1016
mmoore@riccilawnc.com

/s/ Leah F. Golshani
Social Security Administration
Office of General Counsel, Office of Program Law
6401 Security Boulevard, Altmeyer Building, Room 617
Baltimore, MD 21235
Telephone: 410-965-5718
Fax: 410-597-1435
Leah.golshani@ssa.gov